**SIDLEY AUSTIN LLP**
Anthony Grossi
Ameneh Bordi
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:       agrossi@sidley.com
             abordi@sidley.com

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Kaisa Group Holdings Ltd., *et al.*,[1] | Case No. 26–10818 (JPM) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION**
**WITH RESPECT TO MOTION FOR**
**(I) RECOGNITION OF FOREIGN MAIN PROCEEDINGS,**
**(II) RECOGNITION OF FOREIGN REPRESENTATIVE,**
**AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

Pursuant to 28 U.S.C. § 1746 and Rule 9013-3 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), the undersigned hereby certifies as follows:

1.      On April 10, 2026, Mr. Tam Lai Ling, in his capacity as the duly authorized foreign representative (the "Foreign Representative") for Kaisa Group Holdings Ltd. and Rui Jing Investment Company Limited (collectively, the "Debtors"), filed the *Motion for (i) Recognition of*

---

[1]    The Debtors in these above-captioned Chapter 15 proceedings (these "Chapter 15 Cases") are collectively: (i) Kaisa Group Holdings Ltd., incorporated in the Cayman Islands as an exempted company with limited liability with Hong Kong registration number 39433977; and (ii) Rui Jing Investment Company Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1420460. The Debtors' mailing address is at 30/F, The Center, 99 Queen's Road Central, Central, Hong Kong.

1

*Foreign Main Proceedings, (ii) Recognition of Foreign Representative, and (iii) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 3] (the "Recognition Motion")[2] for relief under chapter 15 of title 11 of the United States Code and the *Motion Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 Requesting Entry of an Order (I) Scheduling the Recognition Hearing and (II) Approving Form and Manner of Service of Notice* [Docket No. 5] (the "Scheduling Motion") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2.      On April 13, 2026, the Court entered the *Order (I) Scheduling the Recognition Hearing, and (II) Approving Form and Manner of Service of Notice* [Docket No. 16] (the "Scheduling Order"), which, among other things, (i) scheduled May 19, 2026 at 9:30 a.m. (prevailing Eastern Time) or as soon thereafter as the hearing (the "Recognition Hearing") on the relief sought in the Recognition Motion, (ii) set May 5, 2026 at 5:00 p.m. (prevailing Eastern Time) as the deadline by which any responses or objections to the Recognition Motion must be filed with the Court and received by the Debtors (the "Objection Deadline"), and (iii) approved the form and manner of notice of the Recognition Motion, the Recognition Hearing, and the Objection Deadline, including the form of notice (the "Recognition Hearing Notice") that is attached as Exhibit 1 to the Scheduling Motion.

3.      On April 15, 2026, the Recognition Hearing Notice was served on all parties entitled to notice as set forth in the Scheduling Order.

4.      In accordance with Local Rule 9013-3, more than forty-eight (48) hours have elapsed since the expiration of the Objection Deadline, and, to the best of my knowledge, no

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Recognition Motion.

objection to the relief requested in the Recognition Motion has been (a) filed with the Court on the docket of the above-captioned cases or (b) served on counsel to the Foreign Representative in accordance with the Scheduling Order.

New York, New York
Dated: May 12, 2026

**SIDLEY AUSTIN LLP**

*/s/ Anthony Grossi*

Anthony Grossi
Ameneh Bordi
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:      agrossi@sidley.com
            abordi@sidley.com

*Counsel to the Foreign Representative*